JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN RUSSELL, ERIC JOHNSON, and ELYSIUM ASSET MANAGEMENT, LLC,<br><br>　　　　Petitioners,<br><br>　　v.<br><br>KADENWOOD, INC., KADENWOOD BIOSCIENCES LLC, TODD DAVIS, ERICK DICKENS, and DOUGLAS WEEKES,<br><br>　　　　Respondents. | Case No. 8:24-cv-00837-JWH-JDE<br><br>**JUDGMENT** |

Pursuant to the "Order Denying Motion to Vacate Arbitration Decision and Award [ECF No. 21] and Granting Petition to Confirm Arbitration Decision and Award [ECF No. 1-1]" filed substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1332 & 1441.

2. On or about April 16, 2024, Respondents Erick Dickens and Douglas Weekes were **DISMISSED without prejudice** as parties in this action.

3. The arbitration award in favor of Petitioners Elysium Asset Management, LLC; Eric Johnson; and Glenn Russell (collectively, "Petitioners"), and against Respondents Kadenwood, Inc.; Kadenwood Biosciences, LLC; and Todd Davis, dated on or about February 22, 2024, is **CONFIRMED** in all respects.

4. Petitioners shall have **JUDGMENT** in their **FAVOR,** and **AGAINST** Respondents Kadenwood, Inc.; Kadenwood Biosciences, LLC; and Todd Davis, jointly and severally, in the amount of **$9,451,221.69**.

5. To the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: March 24, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-